## IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

vs.

FRANK RAY BERRIS
W/M DOB: ███71

No. 99-CF-1672
Class 4

Defendant

### INFORMATION

William R. Haine, State's Attorney in and for the County of Madison, State of Illinois, in the name and by the authority of the People of the State of Illinois, charges that:

### FRANK RAY BERRIS

on the 27th day of July, 1999, at and in the County of Madison, in the State of Illinois, committed the offense of:

**UNLAWFUL USE OF WEAPONS** in that said defendant, knowingly carried in a motor vehicle, in Madison County, Illinois, a 9mm High Point handgun, Serial #822058, at a time when he was not on his own land, or in his own abode, or fixed place of business, in violation of 720 ILCS 5/24-1(a)(4), and against the peace and dignity of the said People of the State of Illinois.

A true copy of the original on file in my office
Attested to this 8 day of April 2024
THOMAS McRAE
Clerk of the Circuit Court, 3rd Judicial Circuit
Madison County, Illinois
By_____
Deputy Clerk

State's Attorney, Madison County, Illinois

Bail is set at $ 50,000

JUDGE

The undersigned on oath, says that the facts set forth in the foregoing information are true in substance and matter of fact.

Madison County Sheriff's Department

SWORN to before me this 28th day of July, 1999.

Notary Public

"OFFICIAL SEAL"
CARRIE S. URIOSTE
NOTARY PUBLIC – STATE OF ILLINOIS
MADISON COUNTY, IL
MY COMMISSION EXPIRES MAR. 15, 2001



# IN THE CIRCUIT COURT
# THIRD JUDICIAL CIRCUIT
# MADISON COUNTY, ILLINOIS

**PEOPLE OF THE
STATE OF ILLINOIS**

**VS**                                      **CASE # 99-CF-1672**

**FRANK BERRIS**

## ORDER

STATE'S ATTORNEY KYLE NAPP            DEFENSE ATTORNEY DAVE GROUNDS

CHARGE - UNLAWFUL USE OF WEAPONS    AMENDED ☐
CHARGE -                AMENDED ☐
CHARGE -                AMENDED ☐
CHARGE -                AMENDED ☐

CASE IS CALLED FOR A CHANGE OF PLEA. ALL PARTIES PRESENT. THE NEGOTIATIONS ARE STATED ON THE RECORD TO WHICH ALL AGREE. DEFENDANT STIPULATES TO A FACTUAL BASIS AND WAIVES P.S.I.. CRIMINAL HISTORY IS STATED.

THE DEFENDANT CHANGES HIS PLEA ON LISTED CHARGES TO GUILTY. THE DEFENDANT IS ADMONISHED AS TO HIS RIGHTS AND PERSISTS IN SAID PLEA. PLEA IS ACCEPTED. FINDING AND JUDGMENT OF GUILT ARE PRONOUNCED.

P.S.I. IS WAIVED AND DEFENDANT MAKES STATEMENT. DEFENDANT IS SENTENCED AS FOLLOWS:

SENTENCED TO D.O.C.     WITH CREDIT FOR GOOD TIME.

PROBATION OF ONE YEAR, INTENSIVE        UNSUPERVISED ☐

FINE $    DRUG ASSESSMENT $     COURT COSTS ☒  LAB FEE $     RESTITUTION $    TO    P.S.F. $25 P/M   OTHER 90 DAYS COUNTY JAIL, STAYED
DEFENDANT ACKNOWLEDGES SENTENCE AND IS ADVISED OF APPEAL RIGHTS.

DATE: 10-4-99

                                                    _____
                                                    JUDGE PRESIDING

**COURT REPORTER -KATRINA**

| STATE OF ILLINOIS | ss. | IN THE CIRCUIT COURT |
|---|---|---|
| COUNTY OF MADISON | | THIRD JUDICIAL CIRCUIT OF ILLINOIS |

THE PEOPLE OF THE STATE OF ILLINOIS
VS.
Frank Beras
412 B. E. MAIN
Number & Street
COLLINSVILLE, IL
City and State
Telephone
WORK Phone  344-2444

CASE NO: 99-CF-1672
OFFENSE: Unlawful Use of Weapons
Date of Birth: [redacted]

FILED
OCT 04 1999
CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

## INTENSIVE SUPERVISION COURT ORDER OF PROBATION

Date: 10/4/99

a. Defendant present in open Court and represented by counsel D. Crowds and represented by Assistant State's Attorney K. Napp. It is the finding of the court that the above named defendant has been adjudged guilty of the offense of UNL. USE WEAPONS. The application for probation comes on for hearing. Evidence presented. The Court finds that it is not prohibited by law nor by the nature and circumstance of the offense, or the history, character and condition of the offender from imposing a sentence of probation. However, the court is of the opinion that regular probation supervision would not provide the necessary protection of the public, would deprecate the seriousness of the offender's conduct, and would be inconsistent with the ends of justice.

b. The probation department has a space available in a specialized program of Intensive Probation Supervision to supervise this offender who would otherwise be sentenced to confinement in the Illinois Department of Corrections.
Therefore, it is the sentence and order of the court that the above named defendant be sentenced to probation for a term of 1 year from the date hereof; subject, however, during the full period of such probation, to be under the jurisdiction of the court.
Said sentence to probation shall be upon the following terms and conditions:

1. That the defendant shall report to and abide by the instructions set down by the probation department and probation officer(s).
2. That the defendant shall not violate any criminal statute of any jurisdiction.
3. That the defendant shall refrain from possessing a firearm or other dangerous weapon.
4. That said defendant shall obtain advance authorization from his probation officer before proceeding more than 50 miles beyond Madison County, Illinois, unless otherwise ordered by the court.
5. That the defendant shall permit the probation officer to visit the defendant at his home or elsewhere to the extent necessary to discharge the officer's duties.
6. That the defendant successfully complete the first year of probation under the rules, regulations and policies of Intensive Probation Supervision. The specific rules and regulations of Intensive Probation Supervision are:
   a. Work faithfully at suitable employment insofar as may be possible.
   b. Do not change present place of residence, leave the jurisdiction of the court, or leave the state for any period of time without prior permission of the probation officer.
   c. Support legal dependents to the best of your ability.
   d. Submit to breath, urine and/or blood specimen for analysis for the possible presence of a prohibited drug or alcohol by the probation officer when requested.
   e. Submit to searches of your person, residence, papers, automobile and/or effects at any time such requests are made by the probation officer when there is reasonable suspicion to require it, and consent to the use of anything seized as evidence in a court proceeding.
   f. Attend and participate in such counseling, treatment or educational programs as may be directed by the officer(s) of the probation department and abide by all rules, regulations, directions and successfully complete any such program.
   g. Perform a minimum of 130 hours of community service as directed by the officers of the probation department and abide by all rules, regulations and directions of any such program.
   h. Comply with the curfew established by the officers of the probation department.
   i. Cooperate with and maintain truthful, accurate and sufficient communications with officers of the probation department.
   j. Immediately contact your Probation Officer of any arrest or contact with any law enforcement agency.
7. That said defendant shall pay a fine of $_____, court costs of $ ✓, restitution of $_____, and probation service fee of $25.00 per month pursuant to the statute and General Administrative Order, payable through the Clerk of the Court by:
   ☐ (1) Application of Bail.
   ☐ (2) Prior to the final 30 days of probation unless otherwise directed by the Court.
8. Other special conditions: Defendant to serve 90 days in Madison County Jail (Stayed) If the defendant violates any term or condition of probation.

It is The Further Order Of the Court, and the defendant is hereby advised, that the court may at any time during the said period of probation revoke or modify any conditions of said probation or reduce the period of said probation or may discharge the defendant from probation, as provided by law. The defendant shall be subject to arrest for any alleged violation of any condition of said probation. If such probation is revoked, the court may impose any other sentence that is permitted as prescribed by law.

This 4 day of Oct, 19 99
JUDGE

CERTIFICATION OF SERVICE - I hereby acknowledge that I have received a copy of this Sentence of Probation and fully understand the rules and provisions contained herein. I further understand and acknowledge that I can be resentenced on the original offense should my Sentence of Probation be revoked by the court for a violation of any of the conditions of said probation.

This_____ day of _____, 19_____.
X Frank Beris
PROBATIONER

Signed and witnessed this _____ day of _____, 19_____.
David R. Crowds
ATTORNEY FOR DEFENDANT

PROBATION OFFICER

White - Court      Green - Defendant      Yellow - Probation Department      Pink - Attorney      Gold - State's Attorney