IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

vs.

No. 00-CF- 1741
Class 3

FRANK R. BERRIS
W/M DOB: ▮▮71

Defendant

### INFORMATION



FILED

JUL 13 2000

CLERK OF CIRCUIT COURT #32
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

William R. Haine, State's Attorney in and for the County of Madison, State of Illinois, in the name and by the authority of the People of the State of Illinois, charges that:

### FRANK R. BERRIS

on the 13th day of July, 2000, at and in the County of Madison, in the State of Illinois, committed the offense of:

**UNLAWFUL POSSESSION OF WEAPONS BY A FELON** in that said defendant, a person who has been convicted of the offense of Unlawful Use of a Weapon, a felony under the law of Illinois, on October 26, 1998, in the Circuit Court of Madison County, Illinois, Cause No. 98-CF-2158, knowingly possessed on or about his person a 9mm pistol, Serial No. 022058, in violation of 720 ILCS 5/24-1.1(a), and against the peace and dignity of the said People of the State of Illinois.

A true copy of the original on file in my office
Attested to this 8 day of April 2024
THOMAS McRAE
Clerk of the Circuit Court, 3rd Judicial Circuit
Madison County, Illinois
By _____
Deputy Clerk

_____
State's Attorney, Madison County, Illinois

Bail is set at $ 25,000 -

_____
JUDGE

The undersigned on oath, says that the facts set forth in the foregoing Information are true in substance and matter of fact.

_____
Collinsville Police Department

SWORN to before me this 13th day of July, 2000.

_____
Notary Public

"OFFICIAL SEAL"
CARRIE S. URIOSTE
NOTARY PUBLIC - STATE OF ILLINOIS
MADISON COUNTY, IL
MY COMMISSION EXPIRES MAR. 16, 2001

# IN THE CIRCUIT COURT
## THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS



**FILED**
APR 1 2 2001

CLERK OF CIRCUIT COURT #42
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

**PEOPLE OF THE STATE OF ILLINOIS**

VS          CASE #  00-CF-1741

**FRANK R. BERRIS,**

## ORDER ON NEGOTIATED PLEA

**STATE'S ATTORNEY  R WILSON**          **DEFENSE ATTORNEY  D GROUNDS**

CHARGE - UNL POSS WEAP BY FELON    AMENDED ☐
CHARGE -                           AMENDED ☐
CHARGE -                           AMENDED ☐
CHARGE -                           AMENDED ☐

CASE IS CALLED FOR A CHANGE OF PLEA. ALL PARTIES PRESENT. THE NEGOTIATIONS ARE STATED ON THE RECORD TO WHICH ALL AGREE. DEFENDANT STIPULATES TO A FACTUAL BASIS AND WAIVES P.S.I.. CRIMINAL HISTORY IS STATED. THE DEFENDANT CHANGES HIS PLEA ON LISTED CHARGES TO GUILTY. THE DEFENDANT IS ADMONISHED AS TO HIS RIGHTS AND PERSISTS IN SAID PLEA. PLEA IS ACCEPTED. FINDING AND JUDGMENT OF GUILT ARE PRONOUNCED.

P.S.I. IS WAIVED AND DEFENDANT MAKES STATEMENT. DEFENDANTS IS SENTENCED AS FOLLOWS:

☐  SENTENCED TO D.O.C.       , WITH CREDIT FOR GOOD TIME.
   OTHER:

☒  PROBATION OF 30 MONTHS, FIRST YEAR IPS    ; ☐ UNSUPERVISED¹
   OTHER: COMMUNITY SERVICE EMPLOYMENT.
SEE ATTACHED COURT ORDER OF PROBATION.

☐  BOND DISCHARGED AS PER SEPARATE ORDER.

DEFENDANT ACKNOWLEDGES SENTENCE AND IS ADVISED OF APPEAL RIGHTS.

DATE: 4-11-01

_____ JUDGE

PRESIDING
COURT REPORTER – MK

**STATE OF ILLINOIS** } SS.
**COUNTY OF MADISON** }

THE PEOPLE OF THE STATE OF ILLINOIS
VS.
Frank R. Berris
412 B East Main
Collinsville IL
543-0022
Telephone

**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT OF ILLINOIS**

CASE NO. 00CF1741
OFFENSE Felon in Possession of Firearms
Date of Birth: ___ /71

### INTENSIVE SUPERVISION COURT ORDER OF PROBATION

Date: 4/11/01

a. Defendant present in open Court and represented by counsel **D. Grounds**, People represented by Assistant State's Attorney **R. Wilson**. It is the finding of the court that the above named defendant has been adjudged guilty of the offense of **Felon in Possession of a firearm**. The application for probation comes on for hearing. Evidence presented. The Court finds that it is not prohibited by law nor by the nature and circumstance of the offense, or the history, character and condition of the offender from imposing a sentence of probation. However, the court is of the opinion that regular probation supervision would not provide the necessary protection of the public, would deprecate the seriousness of the offender's conduct, and would be inconsistent with the ends of justice.

b. The probation department has a space available in a specialized program of Intensive Probation Supervision to supervise this offender who would otherwise be sentenced to confinement in the Illinois Department of Corrections.

Therefore, it is the sentence and order of the court that the above named defendant be sentenced to probation for a term of **30 mos PROBATION** from the date hereof; subject, however, during the full period of such probation, to be under the jurisdiction of the court. Said sentence to probation shall be upon the following terms and conditions:

1. That the defendant shall report to and abide by the instructions set down by the probation department and probation officer(s).
2. That the defendant shall not violate any criminal statute of any jurisdiction.
3. That the defendant shall refrain from possessing a firearm or other dangerous weapon.
4. That said defendant shall obtain advance authorization from his probation officer before proceeding more than 50 miles beyond Madison County, Illinois, unless otherwise ordered by the court.
5. That the defendant shall permit the probation officer to visit the defendant at his home or elsewhere to the extent necessary to discharge the officer's duties.
6. That the defendant successfully complete the first year of probation under the rules, regulations and policies of Intensive Probation Supervision. The specific rules and regulations of Intensive Probation Supervision are:
   a. Work faithfully at suitable employment insofar as may be possible.
   b. Do not change present place of residence, leave the jurisdiction of the court, or leave the state for any period of time without prior permission of the probation officer.
   c. Support legal dependents to the best of your ability.
   d. Submit to breath, urine and/or blood specimen for analysis for the possible presence of a prohibited drug or alcohol by the probation officer when requested.
   e. Submit to searches of your person, residence, papers, automobile and/or effects at any time such requests are made by the probation officer when there is reasonable suspicion to require it, and consent to the use of anything seized as evidence in a court proceeding.
   f. Attend and participate in such counseling, treatment or educational programs as may be directed by the officer(s) of the probation department and abide by all rules, regulations, directions and successfully complete any such program.
   g. Perform a minimum of ~~100~~ hours of community service as directed by the officers of the probation department and abide by all rules, regulations and directions of any such program.
   h. Comply with the curfew established by the officers of the probation department.
   i. Cooperate with and maintain truthful, accurate and sufficient communications with officers of the probation department.
   j. Immediately contact your Probation Officer of any arrest or contact with any law enforcement agency.
7. That said defendant shall pay a fine of $_____, court costs of $ ✓, restitution of $_____, and probation service fee of $25.00 per month pursuant to the statute and General Administrative Order, payable through the Clerk of the Court by:
   ☒ (1) Application of Bail. **DKG**
   ☐ (2) Prior to the final 30 days of probation unless otherwise directed by the Court.
8. Other special conditions: _____

It is The Further Order Of the Court, and the defendant is hereby advised, that the court may at any time during the said period of probation revoke or modify any conditions of said probation or reduce the period of said probation or may discharge the defendant from probation, as provided by law. The defendant shall be subject to arrest for any alleged violation of any condition of said probation. If such probation is revoked, the court may impose any other sentence that is permitted as prescribed by law.

This **11** day of **April**, 19 **2001**.

JUDGE: [signed]

CERTIFICATION OF SERVICE - I hereby acknowledge that I have received a copy of this Sentence of Probation and fully understand the rules and provisions contained herein. I further understand and acknowledge that I can be resentenced on the original offense should my Sentence of Probation be revoked by the court for a violation of any of the conditions of said probation.

This **11** day of **April**, 19 **2001**.

x **Frank Berris**
PROBATIONER

Signed and witnessed this **11** day of **April**, 19 **2001**.

**David K. Grounds**
ATTORNEY FOR DEFENDANT

[ASA signature]

PROBATION OFFICER

White - Court    Green - Defendant    Yellow - Probation Department    Pink - Attorney    Gold - State's Attorney

[FILED APR 2001 CLERK OF CIRCUIT COURT MADISON COUNTY, ILLINOIS]

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS



FEB 01 2002

CLERK OF ... COURT #37
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

PEOPLE OF THE
STATE OF ILLINOIS

VS

CASE #00-CF-1741
charge: UNL POSS
WEP/FELON

FRANK R. BERRIS,

## ORDER ON VIOLATION OF PROBATION

STATE'S ATTORNEY :              DEFENSE ATTORNEY:  D GROUNDS

CASE IS CALLED FOR AN ADMISSION OF VIOLATION OF PROBATION. ALL PARTIES PRESENT. THE NEGOTIATIONS ARE STATED ON THE RECORD TO WHICH ALL AGREE. DEFENDANT STIPULATES TO A FACTUAL BASIS AND WAIVES P.S.I.. CRIMINAL HISTORY IS STATED.

THE DEFENDANT ADMITS VIOLATIONS OF PROBATION. THE DEFENDANT IS ADMONISHED AS TO HIS RIGHTS AND PERSISTS IN SAID ADMISSION . THE ADMISSION IS ACCEPTED COURT FINDS THE DEFENDANT HAS VIOLATED PROBATION AND IT IS REVOKED.

☒ DEFENDANT IS SENTENCED TO DEPARTMENT OF CORRECTIONS FOR A PERIOD OF 1 YEAR , TO RUN CONCURRENT WITH 01-CF-2234, WITH CREDIT FOR TIME SERVED.
   OTHER:

☐ DEFENDANT IS SENTENCED TO PROBATION FOR A PERIOD OF
   OTHER :

DEFENDANT IS  ☐ RELEASED FROM CUSTODY / ☒ HELD IN CUSTODY

DEFENDANT ACKNOWLEDGES SENTENCE AND IS ADVISED OF APPEAL RIGHTS.

DATE: 1-28-02

J Hawley
JUDGE PRESIDING

COURT REPORTER – bb`
PROBVI.DOC




IN THE CIRCUIT COURT OF MADISON COUNTY, ILLINOIS
THIRD JUDICIAL CIRCUIT

FEB 0 1 2002

PEOPLE OF THE STATE OF ILLINOIS )
v. ) Case No. 00-CF-1741
FRANK R. BERRIS, )
Defendant. ) (ONE ORDER PER CASE #)

CLERK OF CIRCUIT COURT #37
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

### JUDGMENT-SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named Defendant has been adjudged guilty of the offenses enumerated below:
Date of birth: ▮▮71

IT IS THEREFORE ORDERED that the Defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE |
|---|---|---|---|---|---|
| | UNL POSS WEAP/FELON. | 7-13-00 | 720 ILCS 5/24-1.1(a) | 3 | 1 YEAR |

And said sentence shall run ☒concurrent with ☐consecutive to the sentence imposed on: 01-CF-2234.

And said sentence shall run ☐concurrent with ☐consecutive to the sentence imposed on:

☐Convicted of a Class ___ offense but sentenced as a Class X offender pursuant to 730 ILCS 5/5-5-3(c)(8).
☒The Court finds that the Defendant is entitled to receive credit for time actually served in custody (of 7 days as of the date of this order) (from the following dates specified:     )
☐The Court further finds that the conduct leading to conviction for the offenses enumerated in Counts ___ resulted in great bodily harm to the victim (730 ILCS 5/3-6-3(a)(2)(iii) ).

IT IS FURTHER ORDERED that the Clerk of the Court deliver a copy of this order to the Sheriff.
IT IS FURTHER ORDERED that the Sheriff take the Defendant into custody and deliver him to the Department of Corrections which shall confine said defendant until expiration of his sentence or until he is otherwise released by operation of law.
IT IS FURTHER ORDERED
This order is ☒effective immediately; ☐ stayed until

DATE: 1-28-02

_____
PRESIDING JUDGE