CLERK'S CERTIFICATION COPY- WITH JUDGE'S VERIFICATION

STATE OF ILLINOIS  )
COUNTY OF ST. CLAIR  )

I, **Kinnis Williams, Sr.**, Clerk of the Circuit Court in and for said County, in the State Aforesaid, do hereby certify the foregoing to be a true, perfect and complete copy of:

08-CF-91801 Entire case file

Dated February 15, 2024

Seal of Court

_____
Clerk of the Circuit Court

By: _____
Deputy

---

STATE OF ILLINOIS  )
COUNTY OF ST. CLAIR  )

I, Hon. Patrick Foley, Judge of the Circuit Court of said County, do hereby certify that **Kinnis Williams, Sr.** whose name is subscribed to the foregoing Certificate of Attestation, now is, and was at the time of signing and sealing the same, Clerk of the Circuit Court of St. Clair County aforesaid, and keeper of the records and Seal thereof, dully elected and qualified to office: that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Record and elsewhere; and that his said attestation is in due form of law, and by the proper officer.

Seal of Court

_____
Judge

---

STATE OF ILLINOIS  )
COUNTY OF ST. CLAIR  )

I, **Kinnis Williams, Sr.**, Clerk of the Circuit Court in and for said County, in the State aforesaid, do hereby certify that **Hon. Patrick Foley** whose genuine signature appears to the foregoing certificate, was at the time of signing the same, judge of the Circuit Court of said County duly commissioned and qualified; that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Records and elsewhere.

Dated February 15, 2024

Seal of Court

_____
Clerk of the Circuit Court

By: _____
Deputy



**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

THE PEOPLE OF THE
STATE OF ILLINOIS

vs.

**Defendant:**
BERRIS, FRANK R.
410 WILLIAMS STREET
CASEYVILLE, ILLINOIS 62232

Docket #: 08000036392         (Not In Custody)
08CF0091801    UNLAWFUL POSSESSION OF WEAPON BY FELON

**CRIMINAL INFORMATION**

COUNT 1 of 1: ROBERT B. HAIDA of St. Clair County, Illinois in the name and by the authority of the people of the State of Illinois charges that FRANK R. BERRIS on or about the 14th day of June, 2008, in the County of St. Clair, in the State of Illinois FRANK R. BERRIS committed the offense of UNLAWFUL POSSESSION OF WEAPON BY FELON, in violation of Section 24-1.1(a), Act 5.0, Chapter 720, ILCS 1992, in that FRANK R. BERRIS, a person who has been convicted of a felony under the law of the State of Illinois, knowingly possessed about his person a pistol, and the person had been previously convicted of Unlawful Possession of Weapon by Felon in violation of the Illinois Compiled Statutes, Chapter 720, Act 5, Section 24-1.1(a), in the Circuit Court of Madison County on April 11, 2001 in case number 00-CF-1741. A Class 3 Criminal Felony

The undersigned, on oath, states that the facts set forth in the foregoing Information are true in the substance and matter of fact, to the best of his knowledge, information and belief.

Information filed this 8th day of July, 2008. Warrant issued to Detective EPPS, STEVEN, Originating Agency of CASEYVILLE.

| DEFENDANT DEMOGRAPHICS | |
|---|---|
| D.O.B: ▓▓/1971 | |
| Sex: Male | |
| Race: White | |
| Height: 5'10" | Eyes: Brown |
| Weight: 175 | Hair: Black |
| Warrant Number: 40022661 | |

Assistant State's Attorney

Det. S. Epps #506
Complainant

Subscribed and sworn before me this
8th day of July, 2008

Notary Public

FREDDIE HEAD
MY COMMISSION EXPIRES
NOVEMBER 7, 2009

**Court Copy**

TWENTIETH JUDICIAL CIRCUIT
IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ILLINOIS

```
                                              FILED
                                         ST. CLAIR COUNTY

                                           SEP 2 1 2009

                                           Burke F Kelly
                                        CIRCUIT CLERK
                                    57
```

PEOPLE OF THE STATE OF ILLINOIS, PLAINTIFF

CRIMINAL NO: 08-CF-918

DEFENDANT, FRANK BERRIS              CHARGE: UNL. POSS. WEAPON BY FELON

## CONDITIONS OF INTENSIVE PROBATION SUPERVISION

This matter having come before the Court and the Courts being fully advised of the circumstances finds that there are reasonable grounds to expect that the defendant may be reformed and that the defendant is a fit subject for Intensive Probation Supervision, and that the interests of society shall be served if this application for Intensive Probation Supervision is granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the above named defendant, __FRANK BERRIS__, is hereby placed on probation for a period of __30 MONTHS__ from __SEPTEMBER 16__, 2009 with a minimum of **ONE YEAR INTENSIVE PROBATION** on the following terms and conditions:

1. That you shall not violate the criminal laws of any other jurisdiction and report immediately to your Probation Officer any arrest or questioning by any police department.

2. That you shall report to your Probation Officer in person at the Probation Office located at 11 West Lincoln, Belleville, Illinois and/or any agency as ordered by the Court or directed by your Probation Officer at such times and dates as the Court or your Probation Officer or other agency directs.

3. That you must report immediately and receive prior approval from your Probation Officer for any change of address, employment, etc., and cooperate with your Probation Officer.

4. That you shall not during the period of your probation, have in your possession, purchase, or operate a firearm or other dangerous weapon(s), as defined by the Statutes of the State.

5. That you shall not leave the State of Illinois without the expressed written permission of the Court or your Probation Officer (except for the Greater Metro-St. Louis area), if traveling more than 100 miles within Illinois you must contact your Probation Officer for permission to leave. All Interstate and Intrastate cases must have a Travel Permit whenever leaving the state or county and traveling within the state of Illinois. If I seek transfer to another state to change residence, before being granted permission to move I must pay the Sheriff Interstate Transfer Fee of $125 to the Circuit Clerk.

6. That during the term of probation you shall not associate with, reside in, or attend any place where convicted felons, probationers, parolees, or persons of ill repute, congregate or assemble, except as may be ordered by the Court for rehabilitative purposes, or, that has had prior approval of the Probation Department.

CONDITIONS OF PROBATION (CONT'D)

7. That you will permit your Probation Officer to visit you at your home or elsewhere that you might be during the period of your Probation.

8. That Court Costs, Fines, and Probation Fees shall be paid in full within a _____ period as ordered by the Court, or you shall appear in Court to show cause why these monies have not been paid and why your probation should not be revoked. A Fee Bill is to be made in the amount of _____ to _____.

9. That you shall further obey and comply with such other reasonable rules and regulations as are defined in Article #10.

10. **SPECIFIC RULES AND REGULATIONS OF INTENSIVE PROBATION SUPERVISION:**

    a. Work faithfully at suitable employment insofar as may be possible.
    b. Support legal dependents to the best of your ability.
    c. Submit to searches of your person, residence, papers, automobile and/or effects at any time such requests are made by the Probation Officer, and consent to the use of anything seized as evidence in Court proceedings.
    d. Attend and participate in such counseling, treatment or educational programs as may be directed by the Officer(s) of the Probation Department and abide by all rules, regulations and directions of any such program.
    e. Complete Community Service hours as directed by the Court or as directed by the Officers of the Probation Department. Transportation is not provided.
    f. Comply with the curfew established by the Officer's of the Probation Department.
    g. Cooperate with, and maintain truthful, accurate and sufficient communications with Officer's of the Probation Department.

    h. **OTHER SPECIAL CONDITIONS:**

    30 MONTHS PROBATION, FIRST 12 MONTHS IPS; DEF. MUST GIVE URINE DROPS 2 TIMES A MONTH; $40 OF BOND TO GO TO DROP ON 9/10/09; DEF. MUST PAY COURT COSTS; $25/MONTH PROBATION FEE (NOT FROM BOND; DNA ON FILE; BALANCE OF BOND TO BE APPLIED TO FELONY FINE; CONTINUE AA MEETING (AND PROVIDE PROOF).

11. Pay a Probation Fee of $ 25.00 per month to the Clerk of the Circuit Court, St. Clair County, or online at www.circuitclerk.co.st-clair.il.us on or before the first day of each month hereafter during probation.

12. That you shall not have the presence of any drugs or substances prohibited by Illinois law in your body unless same is prescribed by a physician, and therefore you are subject to testing for the presence of such drugs or substances. You shall submit breath, urine, and/or blood specimens for analysis and agree to be subject to search at the request of your Probation Officer.

FILED
ST. CLAIR COUNTY

SEP 2 1 2009

57   *Barbara F Kelly*
CIRCUIT CLERK

CONDITIONS OF PROBATION (CONT'D)

13. That I will hereby waive extradition to the State of Illinois from any jurisdiction in or outside of the United States where I may be found and also agree that I will not contest any effort by any jurisdiction to return me to the State of Illinois.

14. If you are convicted of a certain misdemeanor sexual offense of the Criminal Code you are to provide a specimen of blood, saliva or tissue within 45 days of sentencing and/or disposition or within 45 days after being accepted as a transfer case through Interstate Compact as directed by your Probation Officer except if you have previously submitted a valid genetic specimen either as a adult juvenile or adult and that fact has been confirmed by the Illinois State Police then an additional genetic specimen is not required and you must comply with the Sex Offender Registration Act.

15. If you are convicted or found guilty of an offense classified as a felony under Illinois Law including qualified sex offenses you are required as directed by your probation officer to submit a specimen of blood, saliva or tissue within 45 days of sentencing and/or disposition or within 45 days after being accepted as a transfer case through Interstate Compact and are directed to pay the Circuit Clerk an analysis fee of $200 except if you have previously submitted a valid specimen, either as a juvenile or adult and that fact has been confirmed by the Illinois State Police then an additional genetic specimen is not required. If you are a qualified sex offender then you must comply with the Sex Offender Registration Act.

16. Defendant, upon committing a technical violation of this certificate of Probation, is subject to the Administrative Sanction Program.

17. I hereby grant permission for the Court Services and Probation Department to contact and obtain from the service providers who are providing me court ordered services or voluntary services, information regarding my participation, attendance, cooperation or failure to cooperate with their agency or program. I hereby grant permission to the service providers to provide this information verbally, in written form and/or through testimony in court.

18. All conditions of probation, fines, fees, court costs and restitution, later modifications and sanctions imposed must be completed or paid 31 days before the scheduled termination date of your probation unless o otherwise ordered by the Court. Payments can be made to the Circuit Clerk's Office or at www.circuitclerk.co.st-clair.il.us.

ENTERED THIS __16TH__ DAY OF __SEPTEMBER__ A.D., 2009.

FILED
ST. CLAIR COUNTY
SEP 21 2009
Burke F. Kelly
57   CIRCUIT CLERK

HON. JAN V. FISS              JUDGE OF THE CIRCUIT COURT

CONDITIONS OF PROBATION (CONT'D)

By placing your signature hereon, you state that you have read and fully understand the rules of your Probation. Further, that you understand that the violation of any of the Conditions set forth herein will result in the filing of a Petition to Revoke Probation and you may be sentenced/committed to the St. Clair County Jail or Illinois Department of Corrections.

*X* _____
DEFENDANT: FRANK BERRIS

_____
PROBATION OFFICER: TOM TIERNEY

INDOCTRINATED BY: _____

DATE: 9/16/09

Rev. 8/09

```
FILED
ST. CLAIR COUNTY

SEP 2 1 2009

57            CIRCUIT CLERK
```