

FILED

3:55 pm, 5/23/24

**State of Illinois**

**IN THE TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, BELLEVILLE, ILLINOIS**

PEOPLE OF THE STATE OF
ILLINOIS,

VS.

*Frank Borris*
— DEFENDANT

NO. _08 CF 918_

Margaret Botkins
Clerk of Court

*Unlawful Poss Weapon*
CHARGE *By Felon*

## ORDER

FILED
ST. CLAIR COUNTY
SEP 16 2009
CIRCUIT CLERK

Complaint

☐ Misdemeanor   ☐ Indictment

☐ Defendant Arraigned:

☐ Defendant's 1st Appearance   ☑ Felony   ☐ Information

☐ Defendant enters:   ☐ Plea of Not Guilty   ☐ Plea of Guilty

☐ Public Defender Appointed.

☑ Defendant indicates private counsel *J. Witton / State J. Christ*

☐ Present   ☐ Not Present

☐ Defendant's Bond:  $_____(10% applies unless otherwise stated)

☐ Bond Posted   ☐ Cash   ☐ Recognizance   ☐ Real Estate

☐ IT IS HEREBY ORDERED that the defendant be released from custody on this charge having
posted bond, $_____ unless he/she is being held for some other reason
not known to this court.

☐ Defendant unable to Post Bond.

☐ IT IS HEREBY ORDERED that the defendant be remanded to the custody of the Sheriff of St. Clair
County to be held until discharge by due process of law

☐ Disposition: *Def enters plea of guilty, Def sentenced to 30 m*
*Prob., First 12m IPS. Perform drug evaluation & follow any drugs 2x month*
*SWD of Bond to go to 100 on 9/16*

_Mary J._____                Date: _9-16-09_
Court Reporter

_____
JUDGE

Code 15

White-Court; Green-State's Attorney; Pink-Defense Attorney; Goldenrod-Defendant

5