Stephanie I. Sprecher WSB #6-2988
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
stephanie.sprecher@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 24-CR-34-KHR |
| **FRANK RAY BERRIS,** | |
| Defendant. | |

### *ADDENDUM* TO NOTICE OF INTENT TO OFFER RULE 404(b) EVIDENCE

The United States filed its Notice of Intent to Offer Rule 404(b) evidence on April 9, 2004. (ECF Doc. 40). The United States observed a mistake in the notice and now brings it to the attention of the Court and the Defendant. On page two, third paragraph of the notice, the United States listed Mr. Berris' 2009 conviction for unlawful possession of a weapon by a felon as a conviction from Madison County, Illinois, instead of St. Clair County, Illinois, as indicated in Exhibit 4. (ECF Doc. 40-4).

DATED this 11th day of April, 2024.

                                              NICHOLAS VASSALLO
                                              United States Attorney

                      By:    */s/ Stephanie I. Sprecher*
                             STEPHANIE I. SPRECHER
                             Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of April, 2024, the foregoing was electronically filed and consequently served on defense counsel and upon:

Frank Ray Berris, #98100-510
**C/O Scotts Bluff Detention Center**
2522 7th Street
Gering, NE 69341

                                                */s/ Lisa Wait*
                                                For the United States Attorney's Office