CERTIFICATION OF AUTHENTICITY OF BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Rodney Wilson__, attest on penalty of criminal punishment for false statement or false attestation that I am a custodian of records at the **St. Clair County Sheriff Department, St Clair County, Illinois.**

I have reviewed the attached record and certify that this record is the original or duplicate copy of the original record that is in the custody of the **St. Clair County Sheriff Department.**

I further state that:

    a.    the record (Frank Berris Inmate Booking Finger Prints, book date June 15, 2008) was made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

    b.    the record was kept in the course of regularly conducted business activity;

    c.    the business activity made the record as a regular practice; and

    d.    if the record is not the original, the record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate to the best of my knowledge and belief.

Executed this __22__ day of April, 2024.

_____
Custodian of Records
**St. Clair County Sheriff Department**

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __John McQueen__, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and my title is __Chief, Asset Management Branch__. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of ATF. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of ATF, and they were made by ATF as a regular practice; and

b. such records were generated by ATF's electronic process or system that produces an accurate result, to wit:

   1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of ATF in a manner to ensure that they are true duplicates of the original records; and

   2. the process or system is regularly verified by ATF, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

4/17/2024

Date                                                                       Signature