Stephanie I. Sprecher WSB #6-2988
Mackenzie R. Morrison WSB # 8-6516
Assistant United States Attorneys
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
stephanie.sprecher@usdoj.gov
mackenzie.morrison@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK RAY BERRIS,<br><br>　　　　Defendant. | Criminal No. 24-CR-34-KHR |

## UNITED STATES PROPOSED *SPECIAL FORFEITURE* VERDICT FORM

The United States of America, Plaintiff herein, respectfully submits its proposed *Special Forfeiture v*erdict form.

DATED this 30th day of May, 2024.

　　　　　　　　　　　　　　　　　　NICHOLAS VASSALLO
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　　*/s/ Stephanie I. Sprecher*
　　　　　　　　　　　　　　　　STEPHANIE I. SPRECHER
　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　By:　　*/s/ Mackenzie R. Morrison*
　　　　　　　　　　　　　　　　MACKENZIE R. MORRISON
　　　　　　　　　　　　　　　　Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2024, the foregoing was electronically filed and consequently served upon all defense counsel and

Frank Ray Berris, #98100-510
**C/O Platte Count Detention Center**
850 Maple Street
Wheatland, Wyoming 82201


           _/s/ Lisa Wait_
           UNITED STATES ATTORNEY'S OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**FRANK RAY BERRIS,**<br><br>　　　　　Defendant. | Criminal No. 24-CR-34-KHR |

### *SPECIAL VERDICT FORM – FIREARMS and AMMUNITION FORFEITURE*

We, the jury, return the following Special Verdict and unanimously find, by a preponderance of the evidence as follows:

A. As to the charge contained in the Indictment was the following firearm, a Ruger, Model SR-556, .223 caliber rifle bearing serial number 59031481 used in the offense of knowing possession of a firearm by a convicted felon?

　　YES_____　　　　　NO_____

B. As to the charge contained in the Indictment was the following firearm, a Smith and Wesson, Model SW9VE, 9mm caliber pistol bearing serial number RBE5488 used in the offense of knowing possession of a firearm by a convicted felon?

　　YES_____　　　　　NO_____

C. As to the charge contained in the Indictment was the following firearm, a Colt, Model MKIV, .45 caliber pistol bearing serial number FA37250 used in the offense of knowing possession of a firearm by a convicted felon?

　　YES_____　　　　　NO_____

D. As to the charge contained in the Indictment was the .223 caliber ammunition used in the offense of knowing possession of ammunition by a convicted felon?

YES_____     NO_____

E. As to the charge contained in the Indictment was the .45 caliber ammunition used in the offense of knowing possession of ammunition by a convicted felon?

YES_____     NO_____

F. As to the charge contained in the Indictment was the 9mm caliber ammunition used in the offense of knowing possession of ammunition by a convicted felon?

YES_____     NO_____

DATED this ____ day of June, 2024.

_____
FOREPERSON OF THE JURY